```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION

LESLIE WEBB,                        *

        Plaintiff,                  *

vs.                                 *
                                         CASE NO. 4:12-CV-90 (CDL)
Warden ALEX HADEN, et al.,          *

        Defendants.                 *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 8, 2012 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 12th day of June, 2012.

```
                          s/Clay D. Land
                          CLAY D. LAND
                          UNITED STATES DISTRICT JUDGE
```