IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LESLIE WEBB, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:12-CV-90-CDL-MSH |
| | : | 42 U.S.C. § 1983 |
| Warden ALEX HADEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

**REPORT AND RECOMMENDATION**

Presently pending before the Court is Plaintiff's Motion for Out of Time Appeal (ECF No. 18). In that motion, it appears that Plaintiff is attempting to seek relief that was not originally sought in his Complaint which was filed on April 13, 2012 (ECF No. 1). Judgment was entered against Plaintiff on June 12, 2012 (ECF No. 11). After a thorough review of the record, it appears proper to reopen Plaintiff's case. It is therefore recommended that Plaintiff's *pro se* action be reopened and the judgment in this case be vacated.

However, it is also apparent that Plaintiff may now be seeking different relief than originally sought in his Complaint. Thus, if Plaintiff's action is reopened, Plaintiff is ordered to file an amended complaint with any contentions he wishes to assert against the above listed Defendants. Plaintiff should use the standard section 1983 form, and the Clerk is directed to send a copy of same to Plaintiff. Such amended complaint should be

filed within **fourteen (14) days** of the date of the order adopting this report and recommendation.

WHEREFORE, IT IS HEREBY RECOMMENDED that Plaintiff's Motion for Out of Time Appeal (ECF No. 18) be DENIED, but that the judgment against Plaintiff be VACATED and Plaintiff's case be REOPENED. If Plaintiff's case is reopened, Plaintiff is directed to file an amended complaint within fourteen days of the date of the order adopting this Report and Recommendation. Under 28 U.S.C. § 636(b)(1), the parties may file objections to this Recommendation in writing with the United States District Judge within fourteen (14) days after being served with a copy hereof.

SO RECOMMENDED and ORDERED, this 4th day of March, 2013.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE