IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LESLIE WEBB, | * | |
|     Plaintiff, | * | |
| vs. | * | CASE NO.4:12-CV-90-CDL-MSH |
| | | 42 U.S.C. § 1983 |
| Warden Alex Haden, *et al.*, | * | |
|     Defendants. | * | |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 4, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Additionally, Plaintiff's filing on March 18, 2013, is hereby construed as an Amended Complaint (ECF No. 24). Therefore, it is hereby ORDERED that this case be REOPENED and the previous judgment entered on June 12, 2012, be VACATED.

This 29th day of April, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE