IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

```
                              *
LESLIE WEBB,                  *

     Plaintiff,              *
                                      CASE NO.4:12-CV-90-CDL
vs.                           *          42 U.S.C. § 1983

Warden ALEX HADEN, et al.,    *

     Defendants.             *
_____
```

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 19, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

IT IS SO ORDERED, this 30th day of September, 2013.


s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE